**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re:                | Case No. 15-27846 |
|-----------------------|-------------------|
| PATRICIA D CHARLES    |                   |
| Debtor(s)             |                   |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/14/2015.

2) The plan was confirmed on 10/19/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/25/2017.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,673.70 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $6,673.70

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $288.97 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,288.97

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABA | Unsecured | 7,656.00 | NA | NA | 0.00 | 0.00 |
| AIS Services LLC | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | NA | 3,409.55 | 3,409.55 | 18.01 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 434.96 | NA | NA | 0.00 | 0.00 |
| ARS INC | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 767.00 | 767.06 | 767.06 | 0.00 | 0.00 |
| AT&T CREDIT MANAGEMENT | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 906.40 | 2,482.72 | 2,482.72 | 0.00 | 0.00 |
| COLLECTION COMPANY OF AMERIC | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Cybercollect | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| FIRST AMERICAN FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| Firstbkde/cf | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES DATA CONTROL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 699.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURIT | Unsecured | 1,135.00 | 879.00 | 879.00 | 0.00 | 0.00 |
| IN TOUCH CREDIT UNION | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Secured | 2,186.00 | 7,375.54 | 5,500.00 | 1,796.46 | 285.03 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 3,314.00 | NA | 1,875.54 | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 292.80 | NA | NA | 0.00 | 0.00 |
| Main Street Acquisiton | Unsecured | 846.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 906.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 711.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONAL REC | Unsecured | 797.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL SERVICE BUREAU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northern Plains Funding | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| PORANIA LLC | Unsecured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 13,493.47 | 10,906.55 | 10,906.55 | 57.60 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 26.01 | 26.01 | 0.00 | 0.00 |
| Sage Telecom | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SILVERLEAF RESORTS INC | Secured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SILVERLEAF RESORTS INC | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 64.50 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY HOSPITAL | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Stoneleigh Recovery Associates LLC | Unsecured | 1,261.06 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SVC | Unsecured | 557.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SVC | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| TREMONT LENDING | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collec | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 38,122.60 | 43,109.41 | 43,109.41 | 227.63 | 0.00 |
| WAUKEGAN LOAN MGMT LLC | Unsecured | NA | 1,913.54 | 1,913.54 | 0.00 | 0.00 |
| WESTERN AVENUE NISSAN | Unsecured | 989.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,500.00 | $1,796.46 | $285.03 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,500.00** | **$1,796.46** | **$285.03** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$65,619.38** | **$303.24** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,288.97 |
| Disbursements to Creditors | $2,384.73 |
| **TOTAL DISBURSEMENTS** : | **$6,673.70** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/24/2017          By: /s/ Tom Vaughn
                                                                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**